IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

TERENCE M. KEARNEY,

      Plaintiff,

  v.

ASSET ACCEPTANCE, LLC,

      Defendant.

Case No. 3:13-cv-00352-HU

ORDER TO SHOW CAUSE

On November 8, 2013, an Opinion and Order [22] was signed by Judge Mosman and entered on November 12, 2013, dismissing all claims in plaintiff's Complaint, and requiring plaintiff to file an Amended Complaint no later than 30 days after entry of the order, or December 12, 2013.  To date, plaintiff has not filed an Amended Complaint.  Accordingly,

**IT IS ORDERED** the plaintiff shall show good cause, in writing, no later than **January 16, 2014**, why this case should not be dismissed for failure to prosecute.

DATED this 17th day of December, 2013.

                                      /s/ Dennis J. Hubel
                                      _____
                                      Dennis James Hubel
                                      United States Magistrate Judge